# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | Mag. No: 1:23-mj-00188-JCN |
| v. | |
| ALAN HOWELL PARROT | |

The undersigned complainant, being duly sworn, states:

## COUNT ONE

### (Assault on a Federal Officer – 18 U.S.C. 111(a))

On about June 22, 2023, in the District of Maine, the defendant

ALAN HOWELL PARROT

did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with K.A.., a Special Agent with the Federal Bureau of Investigation of the United States Department of Justice in the performance of official duties and on account of that performance. The defendant's acts involved physical contact with K.A.

Thus, the defendant violated Title 18, United States Code, Sections 111(a)(1) and (b).

The complainant states that this complaint is based on the attached affidavit, which is incorporated by reference herein.

_____
Alexander F. White
Special Agent
Federal Bureau of Investigation

SWORN AND SUBSCRIBED TO before me
this 22nd day of June 2023

_____
JOHN C. NIVISON
UNITED STATES MAGISTRATE JUDGE