## AFFIDAVIT

1.  I, Alexander F. White, depose and make this affidavit in support of a complaint against Alan Howell Parrot for assault on a federal official in violation of Title 18, United States Code, Sections 111(a)(1) and (b). I am a Special Agent with the Federal Bureau of Investigation and have been so employed since 2004. I am currently assigned to the FBI's Bangor Maine Resident Agency of the FBI's Boston Division. In my time with the Federal Bureau of Investigation, I have investigated all types of criminal violations, including bank robberies, white collar crimes, public corruption, crimes against children, and various other violent crimes. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States. I know that assault on a federal official is illegal under Title 18 of the United States Code.

2.  This Affidavit is based upon information gained from my investigation, training, research and experience and my observation of the events described below and my conversations with other FBI agents involved in the events described below. I have included in this affidavit information that I believe necessary to establish probable cause to believe that Alan Howell Parrot committed the crime alleged in the accompanying complaint.

3.  On the morning of June 22, 2023, I proceed to the residence of Howell in Hancock, Maine. I was accompanied by two other FBI Special Agents, including Special Agent K.A. ("K.A."), and we travelled in two vehicles. The purpose of the visit to the Howell residence was to execute a duly authorized search warrant for the premises.

4.  Upon arrival I approached the front door of the residence with the two other agents. We observed a sliding front door that had a sign indicating that visitors should honk their

car horn to alert occupants to their arrival. Upon reading the sign, we honked the horn. A short time later Howell arrived at the door, opened it and we identified ourselves and asked to speak to him. Howell asked to excuse himself so that he could put on his turban. (Upon information and belief, Howell is Sikh.)

5. Howell closed the door and locked it and went to another part of the home. When he did not return after 5-6 minutes, we honked the car horn again and he returned to the front door. He kept the sliding glass door locked. He did not come up and we did not enter. We spoke for approximately an hour through the door. During this conversation, we did not tell him that we had a search warrant. We conducted a consensual interview.

6. During the time of this conversation, several of Howell's goats became interested and approached us. As we spoke, the goats nibbled at us to the point where they became a distraction. We asked Howell whether we could continue the conversation at the back of the residence to get away from the goats. He agreed.

7. Me and the two other agents walked along the side of the house to the rear. We observed Howell walk through the house to the rear of the residence. We met at a sliding glass door at the rear of the house. He opened the glass door but kept the screen door closed. We continued our conversation for another 20 minutes. At one point during this portion of the conversation, one of the other agents asked Howell about the materials that we were there to search for. Howell became upset at the suggestion he had such materials.

8. The agent then told Howell that we had a search warrant to enter the home and search for the materials and he became more upset. Howell attempted to close the glass sliding door. Me and the other two agents attempted to prevent Howell from closing the door. During

our struggle to gain entry, Howell had one hand on the door and one hand on the door casing and was trying to close it. As we tried to pry his hands off the door Howell kicked FBI Special Agent K.A. in the stomach.

9. As the struggle continued, we gained control of Howell and handcuffed him in the room immediately near the sliding glass door where the struggle had occurred.

10. Based upon the foregoing, I believe there is probable cause to believe that Alan Howell Parrot violated Title 18, United States Code, Sections 111(a)(1) and (b).

Dated at Bangor, Maine this 22nd day of June 2023.

Alexander F. White
Special Agent,
Federal Bureau of Investigation

STATE OF MAINE

Penobscot, ss.                                                June 22, 2023

Personally appeared before me the above-named Alex White and made oath as to the truth of the foregoing affidavit signed by him.

Before me,

JOHN C. NIVISON
United States Magistrate Judge