**Synopsis**
(Complaint)



U.S. DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED & FILED
2023 JUN 22 P 3:19

DEPUTY CLERK

| | |
|---|---|
| **Name:** | Alan Howell Parrot |
| **Address:** (City & State Only) | Hancock, Maine |
| **Year of Birth and Age:** | 1955 (68 years of age) |
| **Violations:** | Assaulting, Resisting, or Impeding Certain Officers or Employees, including use of a dangerous or deadly weapon. See 18 U.S.C. § 111(a)(1) and (b). |
| **Penalties:** | Not more than 8 years, a fine of $250,000, or both. See 18 U.S.C. §§ 111(b), 3571(b)(3). |
| **Supervised Release:** | Not more than 3 years. See 18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Not more than 2 years per violation. See 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Up to 3 years, less any term of imprisonment imposed upon revocation. See 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | TBA |
| **Primary Investigative Agency and Case Agent Name:** | Alex White, FBI |
| **Detention Status:** | Under Arrest (Probable Cause Warrantless Arrest) Government Moving for Detention |
| **Foreign National:** | Not applicable. |
| **Foreign Consular Notification Provided:** | Not applicable. |
| **County:** | Hancock |
| **AUSA:** | Casey / Ruge |
| **Guidelines apply? Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution? Y/N** | No |

|  |  |
|---|---|
| **Assessments:** | $100.00 per count. See 18 U.S.C. § 3013(a)(2)(A). |