UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE

REC'D & FILED
2023 JUN 22  P 3: 19

DEPUTY CLERK

| UNITED STATES OF AMERICA | Mag. No: 1:23-mj-00188-JCN |
|---|---|
| v. | |
| ALAN HOWELL PARROT | |

## MOTION FOR DETENTION

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142.

1. <u>Eligibility of Case</u>.   This case is eligible for a detention order because the case involves:

    \_\_\_\_    Conditions requiring a temporary detention order (18 U.S.C. § 3142(d))

    \_X\_    Crime of violence

    \_\_\_\_    Maximum sentence life imprisonment or death

    \_\_\_\_    10+ year drug offense

    \_\_\_\_    Felony, with two prior convictions in above categories

    \_X\_    Serious risk defendant will flee

    \_\_\_\_    Serious risk obstruction of justice

2. <u>Reasons for Detention</u>.

(i) <u>Temporary Detention</u>._____

_____

(ii) <u>Other than Temporary Detention</u>.   The court should detain the defendant because there are no conditions of release which will reasonably assure:

    __X__    Defendant's appearance as required

    __X__    Safety of any other person and the community

3. <u>Rebuttable Presumption</u>.  The United States will invoke the rebuttable presumption against the defendant under 18 U.S.C. § 3142(e).  The presumption applies because:

    ____    Probable cause to believe the defendant committed 10+ year drug offense or an offense under 18 U.S.C. § 924(c).

    ____    Previous conviction for "eligible" offense committed while on pretrial bond.

4. <u>Date of Detention Hearing</u>.  The United States requests that the detention hearing be conducted following a continuance of three days.

5. <u>Length of Detention Hearing</u>.  The United States will require a half hour to present its case for detention.

6. <u>Other Relevant Matters</u>. N/A

Date:   June 22, 2023

DARCIE N. MCELWEE
United States Attorney

BY:   /s/   JOEL B. CASEY
JOEL B. CASEY
Assistant United States Attorney
United States Attorney's Office
202 Harlow Street
Bangor, Maine 04101
(207) 945-0373
Joel.Casey@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

**CERTIFICATE OF SERVICE**

     I hereby certify that on June 22, 2023, I filed the Government's Motion for Detention with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

James Nixon, Esq.
Counsel for the Defendant

 

DARCIE N. MCELWEE
United States Attorney

/S/ Joel B. Casey
Assistant United States Attorney
United States Attorney's Office
202 Harlow Street
Bangor, Maine 04101
(207) 945-0373
Joel.Casey@usdoj.gov