UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:23-mj-00188-JCN |
| | ) | |
| ALAN HOWELL PARROT, | ) | |
| | ) | |
| Defendant | ) | |

## ORDER OF TEMPORARY DETENTION

Defendant appeared before the Court on June 22, 2023, for an initial appearance on a complaint. The Government filed a motion for detention. (ECF No. 3.) The Court informed Defendant of his rights to a preliminary hearing and to a hearing on the motion for detention. Defendant requested a preliminary hearing and a hearing on the Government's motion for detention.

Accordingly, it is hereby

ORDERED that Defendant be, and hereby is, temporarily detained without bail pursuant to 18 U.S.C. § 3142(f); and it is further

ORDERED that Defendant shall next appear before this Court on June 23, 2023, at 1:00 p.m., for a preliminary hearing and, if necessary, a hearing on the Government's motion for detention.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 22nd day of June, 2023.