# UNITED STATES DISTRICT COURT
## District of Maine

### Witness List

| Case Name: USA v. PARROT<br>Case No.: 1:23-mj-00188-JCN | | Proceeding Type:<br>Preliminary Hearing |
|---|---|---|
| Presiding Judge: John C. Nivison | Government's Attorney:<br><br>Joel B. Casey, AUSA | Defendant's Attorney:<br><br>Erik T. Crocker, Esq. |
| Courtroom Deputy: Meghan York | | |
| Court Reporter: Cathy Ford | | |

| Gvt | Dft | Date | WITNESS |
|---|---|---|---|
| 1 | | 6/23/23 | Alexander F. White |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |