UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                          ) | Case No. 1:23-mj-188-JCN |
| ) | |
| ALAN HOWELL PARROT          ) | |

**APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

ALAN HOWELL PARROT

I certify that I am admitted to practice in this Court.

Date: July 7, 2023

/s/Walter F. McKee
WALTER F. MCKEE
McKee Law, P.A.
133 State Street
Augusta, ME.  04330
(207) 620-8294
*wmckee@mckeelawmaine.com*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. 1:23-mj-188-JCN |
| ) | |
| ALAN HOWELL PARROT ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2023, I electronically filed this Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: United States Attorney's Office, Bangor, Maine.

Date: July 7, 2023

/s/Walter F. McKee
WALTER F. MCKEE
McKee Law, P.A.
133 State Street
Augusta, ME.  04330
(207) 620-8294
wmckee@mckeelawmaine.com