## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALAN HOWELL PARROT | No. 1:23-mj-00188-JCN |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the United States in the above-entitled case. All future filings and notices should also be sent to the undersigned.

Dated: July 13, 2023

DARCIE N. MCELWEE
United States Attorney

BY: /s/ ANDREW McCORMACK
ANDREW McCORMACK
Assistant United States Attorney
United States Attorney's Office
202 Harlow Street, Suite 111
Bangor, Maine  04401
Tel:  207-945-0373
andrew.mccormack@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2023, I caused the filing of the foregoing notice of appearance with the Clerk of Court, which sent such notice to the individuals and entities who have entered appearances in this case, pursuant to the Court's ECF system:

Erik T. Crocker, Esq., at etc@frrlegal.com
Walter F. McKee, Esq., at wmckee@mckeelawmaine.com

BY: */s/ Andrew McCormack*
Andrew McCormack
Assistant United States Attorney
United States Attorney's Office
202 Harlow Street, Suite 111
Bangor, Maine  044401
Tel:  207-945-0373
andrew.mccormack@usdoj.gov